UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIKE S. MORGAN, )          CASE NO. CV 13-06173 DMG (RZ)
                       )
          Petitioner, )
                       )          ORDER ACCEPTING FINDINGS AND
     vs.               )          RECOMMENDATIONS OF UNITED
                       )          STATES MAGISTRATE JUDGE
DANIEL PARAMO, WARDEN, )
                       )
          Respondent.  )
_____ )

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge. Accordingly, Plaintiff shall have 30 days from the date of this Order within which to submit a First Amended Petition presenting only his fully exhausted claims. If he fails to do so, then the Court may dismiss the action without prejudice as mixed, without further opportunity for amendment or objection.

     IT IS SO ORDERED.

DATED: October 18, 2013

_____
           DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE