O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE S. MORGAN,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>DANIEL PARAMO, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 13-06173 DMG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MIKE S. MORGAN, for a writ of habeas corpus. The Court, having reviewed the Petition and supporting papers; having accepted the findings and recommendation of the United States Magistrate Judge; having given Petitioner until November 18 to file a fully exhausted amended petition; and having received from Petitioner only a meritless stay-and-abey motion, but no timely amended petition;

HEREBY ORDERS AND ADJUDGES that the Petition is denied and the action is dismissed without prejudice.

DATED: February 28, 2014

*[signature: Dolly M. Gee]*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE